Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email:           jakefreed@dwt.com
                     joeaddiego@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
FEDERAL NATIONAL MORTGAGE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTONIA REBECA ROWE,<br><br>            Plaintiff,<br><br>     v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>            Defendants. | Case No. 15-cv-01508---BAM<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS JPMORGAN CHASE BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO COMPLAINT; GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>[Civ. L.R. 144(a)] |

1 | Presently before the Court is a stipulation between Plaintiff and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae") to extend the time for Chase and Fannie Mae to answer, move, or otherwise respond to Plaintiff's complaint up to and including February 5, 2016, as well as to continue the Scheduling Conference currently set for January 20, 2016.

Good cause appearing therefor, the Court GRANTS the stipulation, as follows:

1.   Defendants Chase and Fannie Mae shall answer, move, or otherwise respond to Plaintiff's complaint on or before February 5, 2015.

2.   The Scheduling Conference now set for January 20, 2016, is continued until **February 16, 2016, at 9:00 a.m. in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe.  The parties shall file their Joint Scheduling Report on or before February 9, 2016.

IT IS SO ORDERED.

Dated:   **December 4, 2015**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE