Lance E. Armo, Bar No. 176561
**LAW OFFICE OF LANCE E. ARMO**
264 Clovis Avenue, Suite 204
Clovis, California 93612
(559) 324-6527 telephone
(559) 324-6526 facsimile

Attorney for:   **JANET MOOSHAGIAN, an individual and as Successor Trustee, STEVEN MOOSHAGIAN, an individual and as Trustee, GARY MOOSHAGIAN, an Individual and as Successor Co-Trustee**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANTONIA REBECCA ROWE, | Case No. 1:15-cv-01508-BAM |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPONSE TO COMPLAINT; AND GRANT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| JP MORGAN, ET AL., | |
| Defendants. | |

Presently before the Court is a stipulation between Plaintiff and Defendants JANET MOOSHAGIAN, an individual and as Successor Trustee of Trust A established under the Mooshagian Family Living Trust Agreement dated June 2, 1989; STEVEN MOOSHAGIAN, an individual and as Trustee under the Steven R. Mooshagian Revocable Living Trust Agreement dated January 21, 2012; and GARY MOOSHAGIAN, an indivual and as Successor Co-Trustee of Trust A established under the Mooshagian Family Living Trust Agreement dated June 2, 1989, to extend the time for said Defendants to answer, move, or otherwise respond to Plaintiff's complaint up to and including February 24, 2016, as well as to continue the Scheduling Conference currently set for January 20, 2016.

Good cause appearing therefore, the Court GRANTS the stipulation, as follows:

1. Defendants JANET MOOSHAGIAN, an individual and as Successor Trustee of Trust A established under the Mooshagian Family Living Trust Agreement dated June 2, 1989; STEVEN MOOSHAGIAN, an individual and as Trustee under the Steven R. Mooshagian Revocable Living Trust Agreement dated January 21, 2012; and GARY MOOSHAGIAN, an indivual and as Successor Co-Trustee of Trust A established under the Mooshagian Family Living Trust Agreement dated June 2, 1989 shall answer, move, or otherwise respond to Plaintiff's complaint on or before February 24, 2016, and

2. The Scheduling Conference now set for February 16, 2016 at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe is continued until **March 16, 2016, at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties shall file their Joint Scheduling Report on or before March 9, 2016.

3. The TELEPHONIC STATUS CONFERENCE hearing set for Monday, February 8, 2016 at 9:00 a.m. before Judge McAuliffe **remains on calendar**.

IT IS SO ORDERED.

Dated: **January 27, 2016**                     /s/ Barbara A. McAuliffe
                                                             UNITED STATES MAGISTRATE JUDGE