Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        jakefreed@dwt.com
              joeaddiego@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
FEDERAL NATIONAL MORTGAGE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTONIA REBECA ROWE, | ) Case No. 15-cv-01508-BAM |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS JPMORGAN CHASE BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO COMPLAINT** |
| JPMORGAN CHASE BANK, N.A., et al., | ) |
| Defendants. | ) [Civ. L.R. 144(a)] |

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No. 1:15-cv-01508-BAM**

Presently before the Court is a stipulation between Plaintiff and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae") to extend the time for Chase and Fannie Mae to answer, move, or otherwise respond to Plaintiff's complaint up to and including February 24, 2016.

Good cause appearing therefor, the Court GRANTS the stipulation, as follows:

Defendants Chase and Fannie Mae shall answer, move, or otherwise respond to Plaintiff's complaint on or before February 24, 2016.

IT IS SO ORDERED.

Dated:  **February 11, 2016**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE