Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
L. Scott Bruggemann (SBN 302499)
***sbruggemann@wolfewyman.com***
WOLFE & WYMAN LLP
980 Ninth Street, Suite 2350
Sacramento, CA 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

**Attorneys for Defendant**
**CITIBANK, N.A.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA REBECCA ROWE,<br><br>            Plaintiff,<br><br>     v.<br><br>JP MORGAN, et al.,<br><br>            Defendant. | Case No. 1:15-CV-01508-BAM<br><br>**STIPULATION AND AGREED ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

WHEREAS the Complaint of Antonia Rebeca Rowe ("Rowe") in the above titled action was filed in the Superior Court for the County of Fresno on September 9, 2015, and removed by Defendant Federal National Mortgage Association to the United States District Court for the Eastern District of California, Fresno Division, on October 2, 2015; and

WHEREAS Defendant Citibank, NA ("Citibank"), successor by merger to Citicorp Trust Bank, FSB, was served on January 22, 2016 and its last date to file responsive pleadings was February 16, 2016;

IT IS HEREBY STIPULATED by and between Rowe and Citibank by and through their respective counsel of record, pursuant to Local Rule 230(f), that Citibank is hereby granted an extension of time, up to and including February 26, 2016 to file responsive pleadings.

///

1   No prior extensions of time to respond have been requested or granted.

2

3   DATED: February 17, 2016            Respectfully submitted,

4                                       CRAFTS LAW FIRM LLP

5

6                                       By:   /s/ Angelo A. DuPlantier
                                        ANGELO A. DUPLANTIER
7                                       WARREN FUJIMOTO
                                        Attorneys for Plaintiff
8                                       **ANTONIA REBECCA ROWE**

9

10

11  DATED: February 17, 2016            Respectfully submitted,

12                                      WOLFE & WYMAN LLP

13

14                                      By:   /s/ L. Scott Bruggemann
                                        STUART B. WOLFE
15                                      L. SCOTT BRUGGEMANN
                                        Attorneys for Defendant
16                                      **CITIBANK, N.A.**

17

18

19

20                                           **ORDER**

21

22  **IT IS SO ORDERED.**

23

24  Dated: **February 18, 2016**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28