1 | Joseph E. Addiego III (CA SBN 169522)
2 | John D. Freed (CA SBN 261518)
  | DAVIS WRIGHT TREMAINE LLP
3 | 505 Montgomery Street, Suite 800
  | San Francisco, California  94111
4 | Telephone:   (415) 276-6500
  | Facsimile:   (415) 276-6599
5 | Email:         joeaddiego@dwt.com
  |                    jakefreed@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
FEDERAL NATIONAL MORTGAGE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTONIA REBECA ROWE, | Case No. 15-cv-01508---BAM |
| Plaintiff, | **ORDER GRANTING FIFTH STIPULATION TO EXTEND TIME FOR DEFENDANTS JPMORGAN CHASE BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO COMPLAINT** |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | [Civ. L.R. 144(a)] |

1 | Presently before the Court is a stipulation between Plaintiff and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("Fannie Mae") to extend the time for Chase and Fannie Mae to answer, move, or otherwise respond to Plaintiff's complaint up to and including March 18, 2016.

Good cause appearing therefor, the Court GRANTS the stipulation, as follows:

Defendants Chase and Fannie Mae shall answer, move, or otherwise respond to Plaintiff's complaint on or before March 18, 2016.

IT IS SO ORDERED.

Dated:  **February 24, 2016**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE