CRAFTS LAW FIRM
Angelo A. DuPlantier, State Bar No. 162992
600 W. Santa Ana Blvd., Suite 925
Santa Ana, CA 92701
Telephone: (949) 484-7400
Facsimile: (949) 486-0171

Attorneys for Plaintiff
ANTONIA REBECA ROWE

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA REBECA ROWE,<br><br>        Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK, N.A., a National Banking Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION; JANET MOOSHAGIAN, an individual and as SUCCESSOR TRUSTEE OF TRUST A ESTABLISHED UNDER THE MOOSHAGIAN FAMILY LIVING TRUST AGREEMENT DATED JUNE 2, 1989; STEVEN MOOSHAGIAN, an individual and as TRUSTEE UNDER THE STEVEN R. MOOSHAGIAN REVOCABLE LIVING TRUST AGREEMENT DATED JANUARY 21, 2012; GARY MOOSHAGIAN, an individual and as SUCCESSOR CO-TRUSTEE OF TRUST A ESTABLISHED UNDER THE MOOSHAGIAN FAMILY LIVING TRUST AGREEMENT DATED JUNE 2, 1989; CITICORP TRUST BANK, FSB, ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 1:15-CV-01508-BAM<br><br>**STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICED DEFENDANT JANET MOOSHAGIAN, AN INDIVIDUAL AND AS  SUCCESSOR TRUSTEE OF TRUST A ESTABLISHED UNDER THE MOOSHAGIAN FAMILY LIVING TRUST AGREEMENT DATED JUNE 2, 1989  ; ORDER** |

STIPULATION TO DISMISS JANET MOOSHAGIAN

2764640.1  28155-00196

1    WHEREAS, on September 9, 2015, Plaintiff, Antonia Rebeca Rowe ("Plaintiff"), filed the
2 instant lawsuit in the Superior Court of the State of California, County of Fresno;

3    WHEREAS October 2, 2015, Defendant, Federal National Mortgage Association ("Fannie
4 Mae"), removed this matter from state court;

5    WHEREAS, Janet Mooshagian, an individual and as Successor Trustee of Trust A
6 Established Under the Mooshagian Family Living Trust Agreement Dated June 2, 1989 ("Janet")
7 was served with the Summons, Complaint and other related documents on January 12, 2016;

8    WHEREAS pursuant to Federal Rule of Civil Procedure 81, the original deadline of Janet
9 to respond to the complaint was February 12, 2016;

10   WHEREAS pursuant to Stipulation by counsel and Order (Docket No. 18) of this Court the
11 time for Janet to respond to the complaint was extended to February 24, 2016;

12   WHEREAS Janet has not filed an answer or a motion for summary judgment;

13   WHEREAS Janet is deceased;

14   WHEREAS counsel for Plaintiff and Janet have agreed the action now pending against
15 Janet may be voluntarily dismissed;

16   WHEREAS counsel for Janet has agreed to toll all applicable statute of limitations
17 regarding causes of action now asserted against Janet and which may arise in the future regarding
18 the issue which are the subject matter of this lawsuit;

19    NOW THEREFORE, Plaintiff and Janet HEREBY STIPULATE AND AGREE AS
20 FOLLOWS, subject to the Court's approval:

21   1.   Janet shall be dismissed from the now pending lawsuit without prejudiced pursuant
22 to Federal Rules of Procedure, Rule 41(a)(1)(A)(ii) and (a)(2).

23   IT IS SO STIPULATED.

1 | DATED: February 25, 2016

LAW OFFICES OF LANCE E. ARMO
Lance E. Armo

By:*/s/ Lance E. Armo*
  Lance E. Armo

Attorneys for Defendants
JANET MOOSHAGIAN, an individual and as
SUCCESSOR TRUSTEE OF TRUST A ESTABLISHED
UNDER THE MOOSHAGIAN FAMILY LIVING
TRUST AGREEMENT DATED JUNE 2, 1989


CRAFTS LAW FIRM LLP
Angelo A. DuPlantier

By: */s/ Angelo A. DuPlantier*
 Angelo A. Duplantier
Attorneys for Plaintiff, ANTONIA REBECA ROWE

**ORDER**

Presently before the Court is a stipulation between Plaintiff and Janet Mooshagian an individual and as Successor Trustee of Trust A Established Under the Mooshagian Family Living Trust Agreement Dated June 2, 1989 ("Janet")  whereby Plaintiff will voluntarily dismiss Janet pursuant to the applicable sections of FRCP Rule 41 prior to any answer or summary judgment motion by Janet.

Good cause appearing therefore, the Court GRANTS the stipulation.  Janet Mooshagian, an individual and as Successor Trustee of Trust A Established Under the Mooshagian Family Living Trust Agreement Dated June 2, 1989 shall be dismissed from the now pending lawsuit without prejudice.

IT IS SO ORDERED.

Dated:   **February 25, 2016**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE