CRAFTS LAW FIRM
Angelo A. DuPlantier, State Bar No. 162992
600 W. Santa Ana Blvd., Suite 925
Santa Ana, CA 92701
Telephone: (949) 484-7400
Facsimile: (949) 486-0171

Attorneys for Plaintiff
ANTONIA REBECCA ROWE

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTONIA REBECCA ROWE, | Case No. 15-cv-01508-BAM |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS JPMORGAN CHASE BANK, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION PURSUANT TO FED. R. CIV. P 41(a)(2); ORDER** |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Antonia Rebeca Rowe requests that the Court issue an order dismissing with prejudice Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("FNMA").  As Plaintiff notified the Court on May 25, 2016, she has reached a settlement with Chase and FNMA, fully and finally resolving the claims asserted against those Defendants only.  (*See* Dkt. No. 55.)

DATED: June 22, 2016              CRAFTS LAW FIRM LLP
                                  Angelo A. DuPlantier

                                  By:  ___/s/ Angelo  A. DuPlantier_

                                  Angelo A. Duplantier

                                  Attorneys for Plaintiff

1  CRAFTS LAW FIRM
   Angelo A. DuPlantier, State Bar No. 162992
2  600 W. Santa Ana Blvd.
   Suite 925
3  Santa Ana, CA 92701
   Telephone: (949) 484-7400
4  Facsimile: (949) 486-0171

5  Attorneys for Plaintiff
   ANTONIA REBECCA ROWE
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             THE EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11

12 ANTONIA REBECCA ROWE,          ) Case No. 15-cv-01508-BAM
                                  )
13        Plaintiff,              ) **[PROPOSED]** **ORDER DISMISSING**
                                  ) **WITH PREJUDICE DEFENDANTS**
14   v.                           ) **JPMORGAN CHASE BANK, N.A. AND**
                                  ) **FEDERAL NATIONAL MORTGAGE**
15 JPMORGAN CHASE BANK, N.A., et al., ) **ASSOCIATION PURSUANT TO FED. R.**
                                  ) **CIV. P. 41(a)(2)**
16        Defendants.             )

Presently before the Court is Plaintiff's Request for Dismissal with Prejudice of Defendants **JPMorgan Chase Bank, N.A. ("Chase") and Federal National Mortgage Association ("FNMA")** pursuant to Fed. R. Civ. P. 41(a)(2), in light of her settlement with those Defendants only.  (*See* Dkt. No. 55.)  The Court GRANTS Plaintiff's request.  Defendants Chase and FNMA are dismissed from this action, with prejudice.  This dismissal shall be of no effect as to any Defendant other than Chase and FNMA, only.

IT IS SO ORDERED.

Dated**:   June 22, 2016**                           /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE